IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **VISION WARRIORS CHURCH, INC.,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | CIVIL ACTION 1:19-cv-03205(MHC) |
| ) | |
| vs. ) | JURY DEMAND |
| ) | |
| **CHEROKEE COUNTY, GEORGIA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given this 3rd day of March 2022, that Plaintiff Vision Warriors Church, Inc. in the above-captioned case, by and through undersigned counsel, hereby appeals to the United States Court of Appeals for the Eleventh Circuit, from the Order denying partial summary judgment of Plaintiff (Dkt. 105) and granting the summary judgment motion of all Defendants (Dkt. 106) entered in this action by the United States District Court for the Northern District of Georgia on the 17th day of February 2022 (Dkt. 132).

Respectfully submitted this 3rd day of March 2022.

**AMERICAN CENTER FOR
LAW & JUSTICE**

*Abigail Southerland*
Abigail Southerland
625 Bakers Bridge Ave, Suite 105-121
Franklin, TN 37067
Ph: (800) 296-4529
Fax: (615) 309-8832
asoutherland@aclj.org

Francis Manion
6375 New Hope Rd.
New Hope, KY 40052
Tel. (502) 549-7020
fmanion@aclj.org

**MILES HANSFORD & TALLANT, LLC**
J. Ethan Underwood
Georgia Bar No. 721901
202 Tribble Gap Road, Suite 200
Cumming, Georgia 30040
Ph: 770-781-4100
eunderwood@mhtlegal.com

***ATTORNEYS FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2022, I caused the foregoing document to be filed with the United States District Court for the Northern District of Georgia via the Court's CM/ECF system.

*Abigail A. Southerland*
Abigail A. Southerland