**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **VISION WARRIORS CHURCH, INC., Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION** |
| **CHEROKEE COUNTY, GEORGIA HARRY JOHNSTON, STEVE WEST, RAY GUNNIN, BENNY CARTER, and COREY RAGSDALE, both individually and in their official capacities as members of the CHEROKEE COUNTY BOARD OF COMMISSIONERS, and MICHAEL CHAPMAN, both individually and in his official capacity as Cherokee County Zoning Manager, Defendants.** | ) | **FILE NO. 1:19-cv-03205-MHC** |

## ORDER ON JOINT MOTION TO STAY PENDING MEDIATION BEFORE MAGISTRATE JUDGE

This matter has come before the Court for consideration of the Joint Motion to Stay Pending Mediation Before Magistrate Judge [Doc. 215]. The Motion having been considered and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED** and the case is stayed, with the exception of the deadlines established herein, until the filing of the Mediation Report described herein.

Within five (5) days of setting a mediation date, the parties shall submit a joint status report advising the Court of the scheduled mediation date.

Within ten (10) days following the completion of mediation, the parties shall submit a joint status report ("Mediation Report") advising the Court of the results of the mediation.

If mediation is unsuccessful, the following deadlines shall apply:

(a) Within sixty (60) days after the Mediation Report is filed, the parties shall supplement discovery in accordance with Fed.R.Civ.P. 26(e) and Local Rule 26.1(C) ("Supplementation Period").

(b) Within sixty (60) days after the Supplementation Period, the parties shall file a proposed consolidated pretrial order.

**SO ORDERED** this 2nd day of April, 2026.

Mark H. Cohen
Hon. Mark H. Cohen
United States District Court Judge